# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**                                                                        **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND   20770**
                                                                                                           **301-344-0632**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        Board of Education of Montgomery County v. Beach, et al.
             Civil Case No. PJM 05-043

             Beach, et al. v. Board of Education of Montgomery County, et al.
             Civil Case No. PJM 05-011

DATE:     June 10, 2005

******

        The Court has received the Parties' Consent Motion to Suspend Schedule for Filing Dispositive Motions and for Referral to a Magistrate Judge for a settlement conference [Paper No. 14] in Civil Case No. PJM 05-043, which it GRANTS.

        The Court also notes that Civil Case. No. PJM 05-011 involves the same parties and the same nucleus of facts.  Accordingly, Civil Case No. PJM 05-011 will be CONSOLIDATED with the lead case of Civil Case No. PJM 05-043 and is therefore also referred to a magistrate judge for settlement conference.

        Despite the informal nature of this ruling, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                                                                                 /s/
                                                                     PETER J. MESSITTE
                                                          UNITED STATES DISTRICT JUDGE